COLIN A. STEPHENSON, Appellant, v. THE GO-GAS COMPANY and WARNER-QUINLAN COMPANY and Others, Respondents.— Orders dismissing amended com-

plaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to answer within ten days from service of a copy of the order herein, upon the ground that the amended complaint states a cause of action for an accounting at least, and may, upon proper proofs, establish other relief sought. Young, Kapper, Hagarty, Scudder and Tompkins, JJ., concur.